```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
         NASHVILLE DIVISION
```

| | |
|---|---|
| In re BRIDGESTONE SECURITIES LITIGATION ) | MASTER FILE NO. 3:01-0017 (Consolidated Cases) |
| ) | |
| ) | <u>CLASS ACTION</u> |
| ) | JUDGE ECHOLS |
| CITY OF MONROE EMPLOYEES RETIREMENT SYSTEM ) | |
| ) | |
| v. ) | No. 3:01-0017 |
| ) | |
| BRIDGESTONE CORPORATION, ET AL. ) | |
| ) | |
| PATRICIA ZIEMER ) | |
| ) | |
| v. ) | No. 3:01-0070 |
| ) | |
| BRIDGESTONE CORPORATION, ET AL. ) | |

<u>ORDER</u>

This case is on remand from the Sixth Circuit, which affirmed in part and reversed in part this Court's prior ruling dismissing the case, entered on October 1, 2002 (Docket Entry Nos. 142 & 143, Memorandum and Order). <u>City of Monroe Employees Retirement Sys. v. Bridgestone Corp.</u>, 399 F.3d 651 (6th Cir. 2005). Following supplemental briefing by the parties after remand (Docket Entry Nos. 194, 197, 201, 203, 206, & 210), and for the reasons stated in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Defendant Bridgestone Corporation's Motion to Dismiss the Consolidated Complaint (Docket Entry No. 99), is hereby GRANTED IN

1

PART and DENIED IN PART. The Motion is GRANTED with respect to the claims of Lead Plaintiff City of Monroe Employees Retirement System, and such claims are hereby DISMISSED WITH PREJUDICE. The Motion is DENIED with respect to the claims of Plaintiff Patricia Ziemer.

(2) Defendant Bridgestone Firestone North American Tire, LLC's Motion to Dismiss the Consolidated Complaint (Docket Entry No. 97), is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to the claims of Lead Plaintiff City of Monroe Employees Retirement System, and such claims are hereby DISMISSED WITH PREJUDICE. The Motion is DENIED with respect to the claims of Plaintiff Patricia Ziemer.

(3) Bridgestone Corporation's Motion to Continue the Reform Act's Automatic Stay of Discovery (Docket Entry No. 195), supported by Bridgestone Firestone North American Tire, LLC (Docket Entry No. 198), is hereby DENIED AS MOOT.

(4) Iowa Public Employees' Retirement System's ("IPERS") Motion to Intervene (Docket Entry No. 208) is hereby GRANTED.

(5) Any motion to name IPERS as a proposed class representative under Federal Rule of Civil Procedure 23 and/or to name IPERS as Lead Plaintiff pursuant to 15 U.S.C. §§ 77z-1(a)(3)(A)(i) or 15 U.S.C. § 78u-4(a)(3)(A)(i) must be filed **no later than twenty (20) days after entry of this Order.** Any response must be filed **no later than twenty (20) days thereafter.**

2

Case 3:01-cv-00017   Document 232   Filed 05/03/06   Page 2 of 3 PageID #: 1349

(6) This case is hereby returned to the Magistrate Judge for further case management in accordance with Local Rule 11.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

3