UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| In re BRIDGESTONE SECURITIES LITIGATION | ) Master File No. 3:01-0017<br>) (Consolidated cases)<br>) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) CLASS ACTION<br>)<br>) Judge Robert Echols<br>) Magistrate Judge John S. Bryant<br>)<br>) [~~PROPOSED~~] ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND EXPENSES |

THIS MATTER having come before the Court on January 23, 2009, on the motion of counsel for the Lead Plaintiff and Intervenor Plaintiff for an award of attorneys' fees and expenses incurred in this Action, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of December 28, 2007 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Settlement Class who have not timely and validly requested exclusion.

3. The Court hereby awards Plaintiffs' Lead Counsel attorneys' fees of 25% of the Settlement Fund, and litigation expenses in the amount of $1,586,897.98, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated among plaintiffs' counsel in a manner which, in Plaintiffs' Lead Counsel's good faith judgment, reflects each such plaintiffs' counsel's contribution to the institution, prosecution and resolution of the litigation.

4. The awarded attorneys' fees and expenses shall be paid to Plaintiffs' Lead Counsel immediately after the date this Order is executed subject to the terms, conditions and obligations of the Stipulation and in particular ¶7.2 thereof, which terms, conditions and obligations are incorporated herein.

5. Pursuant to 15 U.S.C. §77z-1(a)(4), Lead Plaintiff Patricia A. Ziemer is awarded $1,250.00 in reimbursement of her time and expenses in serving on behalf of the Settlement Class.

IT IS SO ORDERED.

DATED: January 23, 2009

THE HONORABLE ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

S:\Settlement\Bridgestone.set\ORD FEES 00056592.doc